# EXHIBIT 6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9  SEMCON IP INC.,

10                          Plaintiff,

11  v.

12  HUAWEI DEVISE USA, INC., et al,

13                          Defendants.

14

Proceedings in the United States District
Court for the Eastern District of Texas,
Marshall Division

No. 2:16-cv-00437-JRG-RSP (LEAD
CASE)

**AMAZON'S OBJECTIONS TO
SUBPOENA**

**REF #: SUB0102580**

15       Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Amazon.com, Inc.

16  ("Amazon") objects to the subpoena from Plaintiff SemCon IP Inc. ("Plaintiff") in the above-

17  referenced matter.  To the extent that a meet and confer regarding any of these objections is

18  necessary, please contact undersigned counsel.

19                    **I.     GENERAL OBJECTIONS**

20       1.    **Overbroad and Unduly Burdensome.** Amazon objects to the subpoena as

21  overbroad and unduly burdensome. *See* Fed. R. Civ. P. 26(b)(1).  In particular, the subpoena

22  seeks "DOCUMENTS sufficient to identify *each* AMAZON PRODUCT sold in the United

23  States since 2010"—a period of over seven years.  The subpoena defines "AMAZON

24  PRODUCTS" as "*all* Amazon Kindle tablets, including but not limited to Kindle, Kindle DX,

25  Kindle Fire, Kindle Fire HD, and Kindle Fire HDX *sold in or imported* into the United States

26  that include MEDIATEK PRODUCTS."  The subpoena defines "MEDIATEK PRODUCTS" as

27  "*all* chips, chipsets, processors, or components thereof sourced or purchased from MediaTek that

AMAZON'S OBJECTIONS TO SUBPOENA - 1
4815-2006-2028v.1 0051461-001419

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Ste. 2200, Seattle, WA 98101
206-622-3150 main · 206-757-7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I caused the foregoing document to be served by depositing the same in US Mail, First Class, Certified to the following:

Alessandra C. Messing
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

DATED this 28th day of July, 2017.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com, Inc.

By /s/ *John A. Goldmark*
James Howard, WSBA #37259
John A. Goldmark, WSBA #40980
Molly N. Tullman, WSBA #50420
Deserae Weitmann, WSBA #46573
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: 206-757-8883
Email: AmazonSubpoenas@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 12
4815-2006-2028v.1 0051461-001419

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Ave., Ste. 2200, Seattle, WA 98101
206-622-3150 main · 206-757-7700 fax