# EXHIBIT 7
# SEALED IN ITS ENTIRETY