# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., § | |
| § | |
| Plaintiff, § | |
| § | Case No. 2:18-cv-00192-JRG |
| v. § | |
| § | |
| AMAZON.COM, INC., § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |

## ORDER GRANTING PLAINTIFF SEMCON IP INC.'S MOTION TO COMPEL AMAZON.COM, INC. TO PROVIDE DISCOVERY

Before the Court is Plaintiff Semcon IP Inc.'s ("Semcon") Motion to Compel Defendant Amazon.com, Inc. ("Amazon") to provide discovery including: (1) discovery regarding Amazon Products "that include or utilize adaptive power control and/or dynamic voltage frequency scaling ("DVFS"); and (2) produce discovery regarding Amazon's knowledge of the patents-in-suit and notice of its infringement, including but not limited to, communications regarding subpoenas served on Amazon in the *Semcon v. Huawei* case and communications between Amazon and Intellectual Ventures regarding the patents-in-suit and Transmeta patent portfolio. The Court, after consideration, is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Semcon's Motion to Compel Amazon is hereby GRANTED and that Amazon must provide the discovery listed above by June __, 2019.