IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-00192-JRG |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF JAMES C. BUTCHER IN SUPPORT OF DEFENDANT AMAZON.COM, INC.'S MOTION FOR PROTECTIVE ORDER

I, James C. Butcher, declare and state the following:

1. I am an attorney admitted to practice law in the Eastern District of Texas, and am an associate at the law firm of Sidley Austin LLP, attorneys for Defendant Amazon.com, Inc. ("Amazon") in the above-captioned matter. I have personal knowledge of the facts set forth herein and submit this declaration in support of Amazon's Motion for Protective Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Peter Lambrianakos, counsel for Plaintiff Semcon IP Inc., to James C. Butcher, dated April 11, 2019, with highlighting added.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct and that the foregoing is executed on June 18, 2019 at Dallas, Texas.

James C. Butcher