# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-00192-JRG |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION FOR PROTECTIVE ORDER

Before the Court is Defendant Amazon.com, Inc's ("Amazon") Motion for Protective Order ("Motion"). After considering the parties' respective submissions in connection with the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED.**

The Court **ORDERS** that Semcon shall not pursue discovery regarding Kindle e-readers.

**SO ORDERED.**